POOR QUALITY ORIGINAL

# UNITED DISTICT COURT HOUSE FOR THE SOUTHEASTERN DISTRICT OF MICHIGAN

Case: 2:16-cv-10404
Judge: Cox, Sean F.
MJ: Stafford, Elizabeth A.
Filed: 02-03-2016 At 01:22 PM
PR EDWARDS ET AL V. MACOMB COUNTY JAIL (NA)

DWAYNE EDWARDS,
CARIBE SANFORD,
　　　　　Petitioners et Al.,

V.

MACOMB COUNTY JAIL,
both in their individual and official capacities !

---

PRISONER CIVIL RIGHTS
COMPLAINT PURSUANT TO
42 U.S.C.A. § 1983

# Jurisdiction

**NOW COMES**, Petitioners pursuant to 42 USCA 1983 and states that this Honorable Court has jurisdiction to hear this complaint.

Petitioner(s) further states that they reserve the right to amend this complaint to add exhibits, additional necessary pleadings, and respondent(s), with the courts permission.

Petitioner(s) request that this Honorable Court allows this pleading to be filed and excepted in Pro-Per in accordance with this Courts rules. Also to appoint counsel to represent this matter due to petitioner(s) laymanship at law and their inability to access respondents non-functional Law Library while in respondents custody.

UNITED STATES DISTRICT
COURTHOUSE FOR THE
SOUTHEASTERN DISTRICT
OF MICHIGAN

Dwayne Edwards,
Charlie Sanford,
    Petitioner(s), et. al.,

v.

MACOMB COUNTY JAIL,
    Respondents.

Judge:
Case No:

## Statement of Facts

1. On or about 8/25/15 I was detained in the Macomb County Jail, at which time, I was denied complete and total access to the Law Library. Petitioner wrote a grievance to the L.L. on or about 10/12 since last month. The system which has ... was also ... have a ... of kites written regarding this subject matter and as soon as a slot becomes available, I will be placed in the callout. After multiple adjustments on his behalf

1

An attempt to bully me into access to the L.L. once I finally was able to gain entry, it expeditiously concluded that the level of access was completely inadequate. All of the books weren't new. Entire books from necessary sources were missing, the vast majority of the books present were missing pages and no law librarian present to assist me to my quest for information research, hindering me from aid & assistance in my own defense. This is/was a constitutional failure.

[illegible paragraph referencing grievance process and chain of command, ending with "attempted assault" going right to a M.A.S. Sergeant... procedures appeared... death recent this un... not processed.]

2. [Illegible] does not provide an Indigent authorized legal mail service. Answers according must to be delivered on a consistent timely manner.

2

Mail may be delivered once a week to the masses or written home once were to verified that the mail they are currently receiving is [illegible] approximately two days or better barring certain meritorious [illegible] due to [illegible] security and [is the] method of communication with the outside world.

Date: 1/5/16

Signed: [signature]

3

UNITED STATES DISTRICT
COURTHOUSE FOR THE
SOUTHEASTERN DISTRICT
OF MICHIGAN

DWAYNE EDWARDS,            Judge:
CARIBE SANFORD,
       Petitioner(s) et.al,        Case No:

V.

MACOMB COUNTY JAIL,
       Respondents        /

## STATEMENT OF FACTS

1. On or about January 11, 2016, Petitioner was incarcerated in the Macomb County Jail.

2. On January 13, 2016, Petitioner sent a make-shift jail correspondence (AKA jailhouse Kite) to jail administration requesting Access to the jail Law-Library. However, after 4 days Petitioner didn't recieve a response.

4

3. Jan 18, 2016 Petitioner spoken with Deputy Olshon about L. Library access. He responded "Send another kite"; so I did that same day.

4. Jan 23, 2016 @ 8:30 AM Petitioner was allowed L. Library access. Upon arrival to the Law-Library Petitioner found it so outdated it was "NON-FUNC-tional." There were pages missing from almost every book. Petitioner ask the Deputy could he be returned to his cell as the law-library is useless.

5. Petitioner wrote a make shift grievance regarding the ① Law-Library access and its collections outdated, non-functional, tore up, missing pages. This was done on Jan 23, 2016 and deposited in the jail mailbox.

6. To this current date no response has been recieved. Petitioners prison right have been violated as well as his Constitutional rights by the inadequate Law-Library and admin. refusal to update it so it can be functional.

---

① All exibit to above will be added Later.

7. Petitioner further states that Macomb County jail grievance produre is inadequate and violates his due process rights as it is biased; there is no unbiased grievance coordinator nor any Appellate process,② "See Statement of Facts of above Petitioner Caribe Sanford."

Petitioners efforts are stimied by the MCJ grievance process, even further as staff has refused to provide petitioner with the grievance policy or operating policy in which they base their decisions on.

Jan 27, 2016

Dwayne Edward
Dwayne Edward
# 26409

---

② This court must apply appropriate Law, and Constitutional Violations to above issues.

## RELIEF SOUGHT

Wherefore, Petitioners seek the following relief to the above complaint

### Declaratory Injunctive Relief

1. Order Respondents to Comply to the state Minimum Law Library requirements and update All materials

2. Order Respondents to develop S.O.P. that allows better Law Library access to prisoners;

3. Order Respondents to hire a Law Library Clerk also Move Law Library to a Larger area so it will hold more prisoners,

4. Order Respondents to provide prisoner (indigent) with adequate materials to prepare their pleadings so they can Comply with Court Rules,

5. Order Respondents appoint a separate and nuetral grievance Coordinator,

6. Order Respondents to develop a appeal to the grievance process which will fair and unbiased;

7. Order Respondents to develop a indigent Legal mail process for prisoner pleadings.

8. Order Respondents to appoint someone to pick/deliver the incoming mail everyday timely,

### Compensatory Damages

1. Order Respondents to compensate petitioner in the amount of 50,000 per issue above or as this Honorable deems appropriate

### Punative Damages

Petitioner(s) are seeking 1.5 million dollars as to each issue above due to the longevity that Respondents have maintained these illegal violations.

Pursuant to this courts rule I swear that the above is true to the best of my information and belief,
Duayne Edward
Jan 27, 2016

Dwayne Edwards # 2844
Macomb County Jail
P.O. Box 2308
Mt. Clemens, MI 48043

U.S. District Court
233 W. Lafayette
Detroit, MI 48226
Attn: Clerk of the Court

Dear Clerk of the Court,

Please find enclosed the following for filing with this Honorable Court:

1. Prisoners Civil Rights Complaint Pursuant to 42 USCA 1983;
2. Notice of Hearing
3. Affidavit of Indigency

Also, petitioner asks that this Honorable Court kindly construe these pleadings as he is layman at law and without proper materials to comply with court rules and allow me to proceed.

Thank you in advance for your cooperation.

Respectfully submitted,

D. Edwards

Name Dwayne Edwards Number 276904
Macomb County Jail
P.O. Box 2308
Mt. Clemens, MI 48043-23
This Mail Originated From A Correctional Institution



01 FEB 2016 PM

RECEIVED
FEB 03 2016
CLERK'S OFFICE
DETROIT

U.S. District Court
Southeastern District
233 W. Lafayette
Detroit MI 48226
Attn: Clerk of Court

48226270233



# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 16-10404 | Judge: Sean F. Cox | Magistrate Judge: Elizabeth A. Stafford |
|---|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:** Dwayne Edwards et al |  | **Name of 1st Listed Defendant/Respondent:** Macomb County Jail |
| **Inmate Number:** | | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | | |
| **Correctional Facility:** Macomb County Jail P.O. Box 2308 Mt. Clemens, MI 48043 | | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☐ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____